# Exhibit A

PRO SE LITIGANT REGISTRATION
FOR ELECTRONIC FILING

# PRO SE LITIGANT REGISTRATION FOR ELECTRONIC FILING
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

This form is used to register for an account on the Northern District of Ohio Electronic Filing System only after the Judicial Officer has granted permission. Registered pro se applicants will have privileges to electronically submit documents in a particular case and to view the electronic docket sheets and documents. By registering, pro se applicants consent to receiving electronic notice of filings through the system. The following information is required for registration:

First Name: Sarah   Middle Name: Elizabeth

Last Name: Alkuda   Generation (Sr., Jr., etc.):

Address: 945 McKinney St. Unit 17873

City: Houston   State: TX   Zip Code: 77002

Telephone Number: (949)677-8012   Fax Number:

Email Address: Sarah.Alkuda@gmail.com

Pro se applicants seeking to file documents electronically must be granted permission by the Judicial Officer to register and file documents electronically in a particular case pursuant to LR 5.1 and LCrR 49.2

Date permission granted to register & file documents electronically: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed.R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system. The user's login and password required to submit documents to the electronic filing system serve as the user's signature on all electronic documents filed with the Court. They also serve as a signature for purposes of Fed. R. Civ. P. 11, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of this Court, and any other purpose for which a signature is required in connection with proceedings before the Court.

_____   June 26, 2024
Signature of Pro Se Applicant   Date

Submit completed Registration Form to:   Sandy Opacich, Clerk
United States District Court
Attention: Electronic Filing System Registration
801 West Superior Avenue
Cleveland, OH 44113-1830

Once your registration is complete, you will receive further instructions via email to complete the process. Procedures for using the system will be available for downloading when you access the system via the Internet. You may contact the Electronic Filing Help Desk in the Clerk's Office at 1-800-355-8498 if you have any questions concerning the registration process or the use of the electronic filing system.

*********************************************************************************************************

The NextGen CM/ECF system also requires users to have an upgraded PACER account in order to view documents in the NextGen CM/ECF system. PACER accounts can be established through the PACER Service Center:

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278
800-676-6856

For further information on the support services provided by the PACER Service Center, please visit the PACER website at www.pacer.gov

For your information, the Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered individuals will be charged a user fee. Please refer to the PACER Service Center regarding fees

**PRO SE LITIGANT REGISTRATION FOR ELECTRONIC NOTIFICATION (READ ONLY)**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

This form is used to register for a "read only" account on the Northern District of Ohio Electronic Filing System. Registered pro se applicants will have privileges to view electronic docket sheets and documents. By registering, pro se applicants consent to receiving electronic notice of filings through the system. Notice will be sent by email rather than on paper. The following information is required for registration:

First Name: Sarah                               Middle Name: Elizabeth
Last Name: Alkuda                               Generation (Sr., Jr., etc.): _____
Address: 945 McKinney St. Unit 17873

City: Houston                                    State: TX            Zip Code: 77002
Telephone Number: (949)677-8012                  Fax Number: _____
Email Address: Sarah.Alkuda@gmail.com

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed.R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's electronic filing system.

_[signature]_                                    June 26, 2024
Signature of Pro Se Applicant                    Date

Submit completed Registration Form to:           Sandy Opacich, Clerk
                                                 United States District Court
                                                 Attention: Electronic Filing System Registration
                                                 801 West Superior Avenue
                                                 Cleveland, OH 44113-1830

Once your registration is complete, you will receive further instructions via email to complete the process. Procedures for using the system will be available for downloading when you access the system via the Internet. You may contact the Electronic Filing Help Desk in the Clerk's Office at 1-800-355-8498 if you have any questions concerning the registration process or the use of the electronic filing system.

*********************************************************************************************************

The NextGen CM/ECF system also requires users to have an upgraded PACER account in order to view documents in the NextGen CM/ECF system. PACER accounts can be established through the PACER Service Center:

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278
800-676-6856

For further information on the support services provided by the PACER Service Center, please visit the PACER website at www.pacer.gov

For your information, the Judicial Conference of the United States has established a fee to be collected for access to PACER. All registered individuals will be charged a user fee. Please refer to the PACER Service Center regarding fees

Revised 2/28/2020