UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
OCT 18 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| SARAH ELIZABETH ALKUDA<br><br>Mailing Address:<br>945 McKinney St. Unit 17873<br>Houston, TX, 77002<br><br>Residential Address:<br>Al Khan, Sharjah, U.A.E.<br><br>Plaintiff,<br><br>-vs-<br><br>MCDONALD HOPKINS Co., L.P.A.<br>600 Superior Avenue Northeast<br>Suite 2100<br>Cleveland, Ohio 44114<br><br>Defendant | Case No. 1:24-cv-01103<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br>MAGISTRATE JUDGE: REUBEN J. SHEPERD<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Sarah Elizabeth Alkuda, proceeding pro se, respectfully moves this Court for leave to file an amended Memorandum in Opposition to Defendant's Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff seeks this amendment to ensure that all case law citations are accurate and that the arguments presented are properly supported by precedent.

**REASONS FOR AMENDMENT**

Plaintiff discovered that certain legal citations in the original Memorandum in Opposition were incorrect or not aligned with the arguments presented. This motion seeks to correct these

references to maintain the accuracy and integrity of the opposition without altering the substantive arguments.

### NO UNDUE DELAY OR PREJUDICE

This request is made promptly, before the Defendant's response deadline. The corrections do not introduce new claims or issues, ensuring that Defendant will not be prejudiced, nor will there be undue delay. Defendant will retain adequate time to respond to the amended filing.

### TIMELINESS OF REQUEST

While close to the response deadline, this motion is filed in good faith to correct citation errors. **Plaintiff does not object to the Defendant seeking a reasonable extension of time to file its response to this amended memorandum, if necessary, to accommodate the corrections made herein.**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file an amended Memorandum in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

Sarah E. Alkuda

_____
Plaintiff, Pro Se

Mailing Address: 945 McKinney St.
Unit 17873, Houston, TX, 77002

Residential Address:
Al Khan, Sharjah, U.A.E.

+1 (949) 677-8012
+971 56 817 7335
Sarah.alkuda@gmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Motion for Leave to File an Amended Memorandum In Opposition To Defendant's Motion To Dismiss was served via e-mail upon Defendant's counsel on Friday, October 18, 2024 at:

Jessica S. Forrest
jforrest@reminger.com

Timothy J. Gallagher
tgallagher@reminger.com

Attorneys for Defendant

Sarah E. Alkuda

Plaintiff, Pro Se

Mailing Address: 945 McKinney St.
Unit 17873, Houston, TX, 77002

Residential Address:
Al Khan, Sharjah, U.A.E.

+1 (949) 677-8012
+971 56 817 7335
Sarah.alkuda@gmail.com