UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH ELIZABETH ALKUDA, *et al.*, | ) | CASE NO. 1:24-cv-1103 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| MCDONALD HOPKINS CO., L.P.A., | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum of Opinion and Order, Defendant McDonald Hopkins Co., L.P.A.'s Motion to Dismiss is GRANTED, and the case DISMISSED with prejudice.  (Doc. 10.)  This matter is now CLOSED.

**IT IS SO ORDERED.**

Date: March 18, 2025

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE